Max Bernstein, Respondent, v. United Strictly Kosher Butchers Unterstuezung Verein Inc., Also Known as United Strictly Kosher Butchers of the Bronx and as U. S. K. B., and Others, Appellants, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

Herman Goldstein, Respondent, v. James Henry Alexandre, Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

Floyd DeL. Brown, Appellant, v. The Chaminade Velours, Inc., Respondent, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ. [176 Misc. 238.]

Elenee Toys, Inc., Appellant, v. Universal Metal Products Co., Inc., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

Edith S. Currier, Respondent, v. Charles G. Currier, Appellant, Impleaded with Another, Defendant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the discovery and inspection to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

Farris A. Flint, Appellant, v. The McNaught Syndicate, Inc., Respondent. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Application of Ida Prahl, as Administratrix, etc., of Edward A. Prahl, Deceased, to Discover Certain Property of the Deceased Claimed to Be Withheld. Marion Pedersen, Appellant; Ida Prahl, Respondent.— Decree, so far as appealed from, unanimously affirmed, with costs to the respondent against the appellant. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

Pauline Borkofsky and Jack Borkofsky, Respondents, v. Hymar Realty Corporation, Appellant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff Pauline Borkofsky stipulates to reduce the verdict in her favor to the sum of $2,500, and the plaintiff Jack Borkofsky stipulates to reduce the verdict in his favor to the sum of $603; in which event the judgment as so modified, amounting in all to the sum of $3,286.35, is affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.